Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ASPHALT & CONCRETE CONCEPTS LLC,<br>Debtor. | Chapter 11<br><br>NO. 2-10-bk-34098-CGC<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| HITACHI CAPITAL AMERICA CORP.,<br>Movant,<br>v.<br>MANUAL S. LOZANO, and<br>U.S. TRUSTEE,<br>Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant HITACHI CAPITAL AMERICA CORP., has filed a Motion for Relief from the Automatic Stay in the above referenced Chapter 11 Proceeding.

In the Motion for Relief from the Automatic Stay, the Movant has alleged as follows:

14905-12/RMH/JMC2/851335_v1

1. The Movant HITACHI CAPITAL AMERICA, has a valid interest in the personal property described in the Security Agreement and two (2) schedules and lien holder records attached to Movant's Motion.

2. That the Debtor has been unable to afford Movant adequate protection for its interest in said personal property;

3. That there is no equity in said personal property for the bankruptcy estate and said property is not necessary for an effective reorganization;

4. That Movant should be permitted to foreclose its liens upon said personal property;

5. That the stay afforded by 11 U.S.C. §362, should be modified to permit Movant to foreclose its liens on the personal property described in the Motion on file herein.

6. Movant is also requesting that the Court waive the fourteen day waiting period with reference to recovery of the property as provided under Rules 7062 and Local Rule 4001.

7. Any objection or response to the Motion for Relief from the Automatic Stay must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Movant's attorney, RONALD M. HORWITZ, JABURG & WILK, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012, (602) 248-1000.

FURTHER NOTICE IS HEREBY FURTHER GIVEN that pursuant to Local Bankruptcy Rule 4001, if no written objection or response to the Motion for Relief from the Automatic Stay is filed within fourteen (14) days of the date of service of this Notice, the Motion for Relief from the Automatic Stay may be granted, without further hearing.

RESPECTFULLY SUBMITTED this 16th day of December, 2010.

**JABURG & WILK, P.C.**

 s/ Janessa E. Koenig
Ronald M. Horwitz
Janessa E. Koenig
Attorneys for Movant

**COPY** of the foregoing mailed
this 16th day of December, 2010, to:

ASPHALT & CONCRETE CONCEPTS LLC
P.O. Box 427
Glendale, AZ 85301

JOSEPH W. CHARLES
P.O. Box 1737
Glendale, AZ 85311-1737

RICHARD J. CUELLAR
U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

SEE LIST OF 20 LARGEST UNSECURED CREDITORS


  s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012